PROB 12B
(7/93)

Report Date: July 17, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Brian Douglas Sheldon | Case Number: 2:01CR00060-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 10/10/2001 | Type of Supervision: Supervised Release |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113(a); Armed Bank Robbery, 18 U.S.C. § 2113(a) & (d) | Date Supervision Commenced: 04/30/2008 |
| Original Sentence: Prison - 87 Months; TSR - 36 Months | Date Supervision Expires: 04/29/2011 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23  You shall reside in a residential reentry center for a period of 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On July 15, 2009, this officer contacted the offender's former employer, Bill Windham, at BJ's Muffler. The employer confirmed that he laid-off Mr. Sheldon and has no intentions of hiring him back. Business checks and a dealer's license plate were missing from the business. Additionally, Mr. Windham reported that Mr. Sheldon was associating with another convicted Federal felon, Rodney Fisher. This information was verified by the undersigned officer. Mr. Fisher is on active Federal supervision and presently resides at Geiger Residential Reentry Center (RRC) as a public law inmate.

On July 17, 12009, this officer spoke with the offender's landlord. Mr. Sheldon has not paid his rent for the month of July 2009 and, therefore, will be moving out this weekend. As a result, the offender was directed to report to the probation office on July 17, 2009. Mr. Sheldon reported and signed a modification for placement at an RCC. He understands the rationale behind this modification and agrees to this added special condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    7-17-09

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
Re: Sheldon, Brian Douglas
July 17, 2009
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

July 17, 2009
Date